UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge:   BRIAN R. MARTINOTTI                                  Date:   11/25/2019
Court Reporter:   Megan McKay Soule                           Docket No: 2:19-527

Title of the Case:

UNITED STATES OF AMERICA
v
GREGORY MIMS

Appearances:

Mary Toscano, AUSA
Brittany Calzone, Attorney for Defendant
Joanne Young, USPO

Nature of Proceedings:
Deft. Present
SENTENCE: 60 Months on Count 1
SUPERVISED RELEASE: 4 Years Count 1
Special Assessment: $100.00 (due immediately)
Special Conditions:
·       Drug Testing and Treatment
·       Life Skills/Education
·       Mental Health Treatment
·       Motor Vehicle Compliance
·       Supporting Dependents
Fine:   WAIVED
Recommendation to BOP: A facility for service of this sentence close to defendant's family/home address
Court ORDERED defendant to surrender on a date designated by the BOP
Deft. advised of right to appeal


Commenced:   11:30 am
Concluded:    12:00 pm

                                                              Lissette Rodriguez, Courtroom Deputy
                                                              to the Hon. Brian R. Martinotti U.S.D.J.