UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge:   BRIAN R. MARTINOTTI                                  Date:   11/19/2020
Court Reporter:   Megan McKay Soule                           Docket No: 2:19-527

Title of the Case:

UNITED STATES OF AMERICA
v
GREGORY MIMS

Appearances:

Naazeen Khan, AUSA
Alison Brill, AFPD

Nature of Proceedings:

Deft. present via Zoom call (from Danbury)
Hearing held on defendant's motion [96] and [106] for reduction of sentence under First Step Act 18 USC3582 (c)(1)(A) Covid 19/compassionate release.
Argument held.
Court RESERVED decision.

Commenced:   10:00 am
Concluded:   10:50 am

                                                     Lissette Rodriguez, Courtroom Deputy
                                                     to the Hon. Brian R. Martinotti U.S.D.J.